CHARLES ROBINSON v. ELIZABETH JORDAN.

*Error from Wyandotte County.*

The record in this case presenting the same question as that in Robinson *v.* Lois Kinney, the decision in that case *held* conclusive in this.

This case was submitted on the same briefs and arguments made in Robinson *v.* Lois Kinney.

*Charles Chadwick,* for plaintiff in error.

*Cooper & Stockton,* for defendant in error.

*By the Court,* BAILEY, J.

The record in this case presents the same question in law and substantially the same state of facts as the case of Charles Robinson *v.* Lois Kinney, and the same order will be made as in that case.

KINGMAN J., concurring.

COBB C. J., having been counsel in the Court below, did not sit in the case.